669 A.2d 883

**Louis A. PERTILE**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD
(CONSTRUCTION ENGINEERING
CONSULTANTS, INC.)**

**Petition of CONSTRUCTION ENGINEERING
CONSULTANTS, INC.**

Supreme Court of Pennsylvania.

Dec. 12, 1995.

## *ORDER*

PER CURIAM:

**AND NOW,** this 12th day of December, 1995, the petition for allowance of appeal is granted limited to the issue of

18

whether the Commonwealth Court of Pennsylvania violated the scope of appellate review.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).